```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2022
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA              :
                                      :        22 Crim. 174 (VM)
     - against -                      :
                                      :        SCHEDULING ORDER
ARMANY GUZMAN, DANIEL MCINTOSH,       :
JAMEIK EVANS,                         :
                                      :
                     Defendants.      :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health crisis, the conference before the Honorable Victor Marrero on Friday, April 8, 2022 at 10:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   New York, New York
         April 4, 2022

_____
Victor Marrero
U.S.D.J.