USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
         -v-                             :     22-cr-174 (VM)
                                         :
ARMANY GUZMAN, DANIEL MCINTOSH, JAMEIK   :        ORDER
EVANS,                                   :
                                         :
              Defendants.                X
----------------------------------------
```

VICTOR MARRERO, United States District Judge:

    For the reasons described on the record at the April 8, 2022 conference, the motions by defendants for a two-week extension of time to finalize surety issues with regards to their bail (Dkt. Nos. 17, 19, 20) are **GRANTED**.

    **SO ORDERED.**

Dated:    April 8, 2022
           New York, New York

                                                        Victor Marrero
                                                          U.S.D.J.