USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

             - against -

ARMANY GUZMAN,

                       Defendant.

**22 CR 174 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On December 13, 2022, defense counsel filed a motion to withdraw as counsel. A conference on the matter shall be scheduled for December 21, 2022 at 2:30 p.m. in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:     16 December 2022
               New York, New York

                                               Victor Marrero
                                               U.S.D.J.