USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              - against -

ARMANY GUZMAN,

                          Defendant.

**22 CR 174 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Armany Guzman's request to modify his bail conditions to authorize travel for the New Year's holiday is hereby granted. Defendant is hereby authorized to travel to 377 Edgecombe Avenue, Apt. 10, New York, New York 10031 from December 31, 2022 at 8:00 p.m. until January 1, 2023 at 5:00 p.m. to spend time with his family for the New Year's holiday.

**SO ORDERED.**

Dated:    29 December 2022
            New York, New York

                                                Victor Marrero
                                                U.S.D.J.