```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

ARMANY GUZMAN,

                Defendant.

22 CR 174 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    It is hereby ordered that Leo Shalit, the attorney representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Arthur Kenneth Womble.

**SO ORDERED.**

Dated:    6 January 2023
            New York, New York

                                            Victor Marrero
                                            U.S.D.J.