# Zeman & Womble

**Ken Womble**
20 Vesey Street, Rm 400
New York, NY 10007

www.ZemanWombleLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2023

**VIA E-MAIL**  January 23, 2023
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## Request for Bond Modification
*United States v. Armany Guzman*, 22 Cr. 174 (VM)

Dear Judge Marrero:

    I represent Armany Guzman in the above-entitled matter and submit this letter to respectfully request a subsequent modification of the recently modified bond condition to remove home detention and impose a curfew.

    I have been informed that the terms of the current curfew would actually restrict Mr. Guzman's ability to work outside the hours of the 9pm to 6am curfew. I have conferred with Pretrial Services and we jointly request that the Court modify the bond condition to impose a curfew as set by Pretrial Services. This will permit Pretrial Services to establish a curfew schedule that will no interfere with Mr. Guzman's work schedule.

    Accordingly, we respectfully request that the conditions of Mr. Guzman's bond be modified to impose a condition of curfew, with said curfew to be determined by Pretrial Services, according to Mr. Guzman's work schedule.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Armany Guzman

**Request GRANTED.** Defendant's bond condition is hereby modified to impose a condition of curfew as determined by Pretrial Services for the purpose of enabling employment.

**SO ORDERED.**

1/24/2023
DATE

*[signature]*
VICTOR MARRERO, U.S.D.J.