USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                          :
UNITED STATES OF AMERICA
                                          :       22-CR-174 (VM)

   -against-                          :       <u>ORDER</u>
                                            :
  Armany Guzman
                                            :
    Defendant
                                            :
--------------------------------------X

Victor Marrero, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of curfew enforced by location monitoring.

    Dated: New York, New York

          May  18 , 2023

                        SO ORDERED:

                        Victor Marrero
                        U.S.D.J.