USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ARMANY GUZMAN,

Defendant.

**ORDER**

**22 Cr. 174 (VM)**

WHEREAS, with defendant Armany Guzman's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 16, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:          New York, New York

_____June 14_____, 2023

Victor Marrero
U.S.D.J.