## ZEMAN & WOMBLE, L

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

WWW.ZEMANWOMBLELAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2023

August 1, 2023

**Via ECF & Email**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Armany Guzman,* 22 Cr. 174 (VM)

Dear Judge Marrero:

    I represent Armany Guzman in the above-referenced matter and write this letter to provide the Court with proposed sentencing dates. I have conferred with the government and both parties are available on September 8, September 15 (afternoon only) and September 22 of 2023.

Respectfully submitted,

*Ken Womble*

Ken Womble
Attorney for Armany Guzman

Cc: AUSA Ashley Nicholas (via ECF & Email)



Request GRANTED. The sentencing of defendant Armany Guzman is hereby scheduled for October 27, 2023 at 2:00 p.m.

SO ORDERED.

8/3/2023
DATE

VICTOR MARRERO, U.S.D.J.