

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2023



**VIA Email and ECF**
The Honorable Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Guzman, et al*, 22 Cr. 174 (VM)

Dear Judge Marrero:

The Government submits this letter to respectfully request a one-week adjournment of sentencing in the above captioned matter, which is currently scheduled for October 27, 2023 at 2 pm. This is the Government's first request for an adjournment. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Ashley C. Nicolas
Assistant United States Attorney

cc:   Counsel of Record