**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2023
```

UNITED STATES OF AMERICA,

        - against -

ARMANY GUZMAN,

                Defendant.

**22 CR 174 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant is hereby directed to respond within one (1) day to the letter filed by the Government at Docket No 113.

**SO ORDERED.**

Dated:    31 October 2023
            New York, New York

                                              _____
                                              Victor Marrero
                                              U.S.D.J.