```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

ARMANY GUZMAN,

                Defendants.

**22 CR 174 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The sentencing hearing currently scheduled for January 12, 2024, at 4:00 p.m. is hereby rescheduled for January 12, 2024, at 10:00 a.m.

**SO ORDERED.**

Dated:    11 January 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.